UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00130-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  NICHOLAS BROOKS RACE,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      A Final Trial Preparation Conference is set for **Friday, June 24, 2011, at 4:00 p.m.**

      Dated: June 14, 2011