UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00130-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  NICHOLAS BROOKS RACE,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      A hearing on pending motions is set for **Monday, August 29, 2011, at 3:30 p.m.** A Final Trial Preparation Conference is set for **Thursday, September 15, 2011, at 11:00 a.m.**  Finally, a three-day jury trial is set to commence on **Monday, September 26, 2011, at 9:00 a.m.**

      Dated:  June 28, 2011