UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00130-WYD

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1.  NICHOLAS BROOKS RACE,

 Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

 The three-day jury set to commence on Monday, September 26, 2011 is **VACATED** and **RESET** to **Monday, September 12, 2011 at 9:00 a.m.**  The Final Trial Preparation Conference on Thursday, September 15, 2011, at 11:00 a.m. is **VACATED** and **RESET** to **Thursday, September 1, 2011, at 11:00 a.m.**

 Dated:  July 1, 2011