UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No.   11-cr-00130-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  NICHOLAS BROOKS RACE,

    Defendant.

# ORDER

THIS MATTER comes before the court on the Government's Motion to Disclose Grand Jury Material To Defendant.  Having reviewed the motion and being otherwise advised in the bases, I find that good and sufficient cause supports the same.  It is therefore

ORDERED that the Government's Motion to Disclose Grand Jury Material to Defendant filed July 25, 2011 (ECF No. 30) is **GRANTED**.  Grand Jury materials as described in the motion may be disclosed to Defendant and his attorney in the course of discovery in this case.  It is

FURTHER ORDERED that such materials shall only be used in defending this case; that such materials are to be disclosed only to Defendant and his attorney; and that the defense attorney shall maintain custody of such materials, and shall not reproduce or disseminate the same.

Dated: July 26, 2011

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge