**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.: 11-cr-00130-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. NICHOLAS BROOKS RACE,

    Defendant.

---

ORDER REGARDING CUSTODY OF EXHIBITS

---

It is ORDERED that upon the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired, or all appellate proceedings have been terminated, plus sixty days.

DATED at Denver, Colorado, this 15th day of September, 2011.

                BY THE COURT:

                s/ Wiley Y. Daniel
                WILEY Y. DANIEL,
                CHIEF UNITED STATES DISTRICT JUDGE