**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | February 2, 2012 | Probation: | Justine Kozak |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| E.C.R./Reporter: | Therese Lindblom | | |

Criminal Case No:   **11-cr-00130-WYD**          Counsel:

UNITED STATES OF AMERICA,                 Ryan T. Bergsieker
                                          Jeremy S. Sibert
         Plaintiff,

v.

**1.  NICHOLAS BROOKS RACE**,              Virginia L. Grady

         Defendant.

## SENTENCING

**10:09 a.m.**    Court in Session - Defendant present (in-custody)

    **Plea of guilty to count 3 entered on September 12, 2011 (day 1 of trial to jury).**

    **Date of conviction September 15, 2011 (day 4 of trial to jury)
    Found Guilty on counts 1 and 2**

    APPEARANCES OF COUNSEL.

    Court's opening remarks.

10:24 a.m.    Statement and argument on behalf of Defendant (Ms. Grady).

10:38 a.m.    Statement and argument on behalf of Government (Mr. Bergsieker).

10:47 a.m.    Statement and argument on behalf of Defendant (Ms. Grady).

10:56 a.m.      Statement and argument on behalf of Government (Mr. Bergsieker).

10:59 a.m.      Statement and argument on behalf of Defendant (Ms. Grady).

11:00 a.m.      Statement by Defendant on his own behalf (Mr. Race).

                Court makes findings.

**ORDERED:**    Government's Conditional Motion for Statutory Sentence (ECF Doc. No. 74), filed January 19, 2012, is **GRANTED.**

**ORDERED:**    Defendant's Motion for Non-Guideline Statutory or "Variant" Sentence (ECF Doc. No. 75), filed January 20, 2012, is **DENIED.**

**ORDERED:**    Defendant be **imprisoned** for **84** months on each of Counts One and Three to be served concurrently, and **60** months on Count Two to be served consecutively to Counts One and Three.

**ORDERED:**    Upon release from imprisonment, the defendant shall be placed on **supervised release** for a term of **5 years.**  This term consists of terms of 5 years on Count Two and a term of 3 years on each of Counts One and Three, all such terms to run concurrently.

**ORDERED:**    **Conditions** of **Supervised Release** are:

(X)     Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

(X)     Defendant shall not commit another federal, state or local crime.

(X)     Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

(X)     Defendant shall comply with standard conditions adopted by the Court.

(X)     Defendant shall not unlawfully possess a controlled substance.

(X)     The Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and two periodic drug tests thereafter for use of a controlled substance.

(X)     The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer.

**ORDERED:**   **Special Condition(s)** of **Supervised Release** are:

(X)   Defendant shall participate in and successfully complete a program of testing and treatment for substance abuse as directed by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by probation.

(X)   The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.

(X)   The defendant shall participate in and successfully complete a program of mental health treatment, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release to the treatment agency all psychological reports and/or the presentence report for continuity of treatment.

(X)   The defendant shall remain compliant and shall take all medications that are prescribed by his treating psychiatrist. The defendant shall cooperate with random blood tests as requested by his treating psychiatrist and/or supervising probation officer to ensure that a therapeutic level of his prescribed medications is maintained.

**ORDERED:**   Defendant shall pay **$300.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:**   **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED:**   Defendant advised of right to appeal conviction and the sentence imposed by the Court. Any notice of appeal must be filed within fourteen (14) days. Defendant advised of right to appeal in forma pauperis.

**Court RECOMMENDS that the Bureau of Prisons place the defendant at the most appropriate facility in Coleman, FL.**

**ORDERED:**    Defendant is **REMANDED** to the custody of the U.S. Marshal.

**11:10 a.m.**    Court in Recess - HEARING CONCLUDED.

**TOTAL TIME:   1:01**