UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00130-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

NICHOLAS BROOKS RACE,

     Defendant.

_____

**ORDER**
_____

On August 6, 2015, Defendant Race filed a *pro se* motion to reconsider his sentence pursuant to 18 U.S.C. §3582(c)(2) and Amendment 782 (ECF No. 107).

Pursuant to District Court General Order 2014-2 entered August 18, 2014, the Clerk's Office shall forward this motion to the Office of the Federal Public Defender for the District of Colorado for appointment to provide a review of the application of Amendment 782.  The Office of the Federal Public Defender is appointed to represent every defendant who may be eligible for relief unless there is a conflict of interest or the defendant rejects the appointment for any reason.

Accordingly, it is

ORDERED that Defendant Race's *pro se* motion (ECF No. 107) is **DENIED WITHOUT PREJUDICE.**  The Clerk's Office shall forward this motion to the Federal Public Defender for a review of the application of Amendment 782.  District Court General Order 2014-2.

Dated:  August 12, 2015

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge