UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00130-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.   NICHOLAS BROOKS RACE,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

      Defendant's "Motion Under 18 U.S.C. § 3582(c)(2) Pursuant to Amendment 782 and Consideration of U.S. v. Johnson Decided June 26, 2015. No. 13-7120" (ECF No. 109) is **GRANTED to the limited extent that Plaintiff is permitted to file a new motion requesting a sentence reduction.**   Such motion shall be filed not later than **Wednesday, December 23, 2015.**

      Dated:   November 18, 2015